UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOBBY JO M., <br>     Plaintiff <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br>     Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO. 4:22-CV-889 <br><br><br> (ARBUCKLE, M.J.) |

## ORDER

In accordance with the accompanying memorandum opinion, it is ORDERED that:

(1)     The final decision of the Commissioner is AFFIRMED.

(2)     The Clerk of Court shall enter judgment in the Commissioner's favor.

(3)     The Clerk of Court shall thereafter CLOSE this case.

Date: September 26, 2023          BY THE COURT

                                                   *s/William I. Arbuckle* <br>
                                                   William I. Arbuckle <br>
                                                   U.S. Magistrate Judge